**P-SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No  **EDCR 04-50  VAP**                                Date  August 26, 2004

Title     UNITED STATES OF AMERICA  -v- JUAN FRANCISCO GIL
=================================================================
PRESENT    HONORABLE VIRGINIA A  PHILLIPS, U S  DISTRICT JUDGE

Rachel Ingram                                   None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS        ATTORNEYS PRESENT FOR DEFENDANTS

None                                            None

PROCEEDINGS     MINUTE ORDER (IN CHAMBERS)


**COUNSEL ARE NOTIFIED** that the Court hereby vacates its prior minute order appointing Attorney Peter Scalisi as counsel of record and hereby appoints David Gunn to represent defendant Juan Franciso Gil

cc: CJA Supervising Attorney

MINUTES FORM 90                                 Initials of Deputy Clerk RI
CIVIL -- GEN