```
Send    ___
Enter   ___
Closed  ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No  EDCR 04-50  VAP                    Date August 24, 2004

=====================================================================
PRESENT   HONORABLE VIRGINIA A PHILLIPS, JUDGE

| Rachel Ingram | Phyllis Preston | Jerry Behnke |
| --- | --- | --- |
| Courtroom Deputy | Court Reporter | Asst U S Attorney |

=====================================================================

U S A  vs (Dfts listed below)                Attorneys for Defendants

1)   JUAN FRANCISCO GIL                  1)   Isaac Guillen
     present - in custody                      present - retained
                                               Carlos Juarez
                                               present - appointed as advisory
                                               counsel only

---

PROCEEDINGS    STATUS CONFERENCE RE CONFLICT OF INTEREST

Court hears oral argument regarding the conflict of interest  For reasons stated on the record the Court hereby appoints Attorney Peter Scalisi and relieves Attorney Isaac Guillen as counsel of record

It is further ordered that Attorney Carlos Juarez is hereby relieved as advisory counsel

cc  CJA Supervising Attorney



DOCKETED ON CMS
AUG 30 2004
BY ___ 39
044

Initials of Deputy Clerk  V

MINUTES FORM 6
CRIM -- GEN                  Page 1   AUG 3 0 2004