DEBRA W. YANG
United States Attorney
JOHN C. RAYBURN, JR.
Assistant United States Attorney
Chief, Riverside Branch Office
JERRY A. BEHNKE (SBN 180462)
Assistant United States Attorney
     3880 Lemon Street, Suite 210
     Riverside, California 92501
     Telephone: (909) 276-6211
     Facsimile: (909) 276-6202

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ED CR 04-50-VAP |
| Plaintiff, | |
| v. | [~~PROPOSED~~] FINDINGS AND ORDER |
| JUAN FRANCISCO GIL, | |
| Defendant. | **NOTE CHANGES MADE BY THE COURT** |

IN THE ABOVE-CAPTIONED MATTER:

1. The Indictment in this case was filed on July 6, 2004. Defendant first appeared before a judicial officer in the court in which this charge is pending on July 14, 2004. The Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*, originally required that defendant's trial commence on or before September 22, 2004. On July 21, 2004, defendant was arraigned on the Indictment and the court set a trial date of September 7, 2004.

2. On August 30, 2004, the Court granted a request by the parties to continue the trial date to October 19, 2004. The Court found that the period until October 19, 2004 was excludable time within the meaning of the Speedy Trial Act of 1974, 18

U S C § 3161 et seq because defense counsel had just been appointed to the case and would need additional time to prepare

3    Defendant is detained

4    The parties have jointly moved to continue the trial date to December 14, 2004 at 8 30 a m with a pretrial hearing on December 7, 2004 at 9 00 a m

5    The parties have stipulated to the following

    a    Defense counsel was just appointed to represent defendant in this case on August 26, 2004

    b    Prior counsel failed to provide discovery to Mr Gunn  On September 29, 2004, the government provided copies of the pertinent reports and audio tapes to Mr Gunn  The presently scheduled hearing and trial dates do not provide sufficient time for counsel to prepare for trial, taking into consideration the exercise of due diligence

    c    Defense counsel is scheduled to begin a capital murder trial on October 4, 2004 in the Riverside County Superior Court  Therefore, counsel will be unavailable for trial in this matter on October 19, 2004

    d    Defendant's counsel has discussed defendant's speedy trial rights and this stipulation with the defendant Defendant concurs with the requested continuance

BASED UPON THE ABOVE, THE COURT FINDS that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act

2

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the
2  trial in this matter, previously scheduled for October 19, 2004,
3  be continued to December 14, 2004, at 8:30 a.m. with a pretrial
4  hearing on December 6, 2004 at 9:00 a.m.    **NOTE CHANGES MADE BY THE Court**
5  IT IS FURTHER ORDERED that, for the purpose of computing
6  time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,
7  within which trial must commence, the time period from August 24,
8  2004 to October 26, 2004 is deemed excludable pursuant to 18
9  U.S.C. § 3161(h)(8)(A) because it results from a continuance
10 granted by the court at the request of the parties on the basis
11 of the court's finding that the ends of justice served by taking
12 such action outweigh the best interest of the public and the
13 defendant in a speedy trial because, among other things, (1)
14 failure to grant the continuance would likely result in a
15 miscarriage of justice, (2) failure to grant the continuance
16 would deny the parties reasonable time for necessary preparation,
17 taking into account the exercise of due diligence, and (3)
18 failure to grant the continuance would deny defendant continuity
19 of counsel.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

3

Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO ORDERED

Dated  Oct 4 2004

HONORABLE VIRGINIA A PHILLIPS
United States District Judge

Presented by

JERRY A BEHNKE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, **JOYCE STERN,** declare

That I am a citizen of the United States and resident or employed in Riverside County, California, that my business address is the Office of United States Attorney, 3880 Lemon Street, Suite 210, Riverside, CA 92501, that I am over the age of eighteen years, and am not a party to the above-entitled action,

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of

**[PROPOSED] FINDINGS AND ORDER**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows

[XX] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows

[ ] By hand-delivery addressed as follows

[ ] By facsimile as follows

**DAVID A. GUNN, Esq**
**3877 12TH Street, Suite 110**
**Riverside, CA 92501**

This Certificate is executed on, **October 1, 2004** at Riverside, California

I certify under penalty of perjury that the foregoing is true and correct

*/s/ Joyce Stern*

**JOYCE STERN**